**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

| Case No. | CR 13-56  GHK | Date | December 9, 2013 |
|---|---|---|---|

**Presiding: The Honorable**     **GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE**

| Beatrice Herrera | Mary Riordan Rickey | N/A | TRACY WILKISON |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

========================================================================

DEFENDANT(S)                                    COUNSEL FOR DEFENDANT(S)
KAREN KAZARYAN; aka; Gary Kazaryan                      ALEX KESSEL
✗ Present     Custody  ✗ Bond                 ✗ Present     Appointed  ✗ Retained

_____

**PROCEEDINGS:**          **SENTENCING AND JUDGMENT**

✗  Imprisonment for  **60 months.** Term  consists of 36   mos on Ct 12 and 24 mos Ct 27, to run consecutively.
✗  **3 years** *Supervised Release*. Term consists 3 yrs Count 12 and 1   year Ct 27, to run concurrently under the ususal
   terms and conditions (See back of Judgment Commitment Order) and the following additional terms and conditions,
   under the direction of the Probation Office:

____  Perform _____ hours of community service.
____  The deft shall  serve a term of *months* in   Home Detention, with electronic monitoring.
____  Pay a total of  **$,** _____ which shall   bear interest as provided by law.
____  Make a total  restitution of $ _____   to the victim in the confidential PSI report.
✗  The defendant shall pay the special assessment in accordance with Judgment/Commitment.
✗  Refrain from the unlawful use of a controlled substance and submit to drug testing.
✗  Defendant shall participate in outpatient substance abuse treatment and counseling program directed by P/O.
✗  Other conditions:    cooperate in the collection of a DNA sample of the defendant.  See J&C for more T&C.

   All fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant does not have
✗  the ability to pay.
✗  Pay the  United States  total of **$200**   special assessment, which is due immediately. _____
✗  Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
✗  Defendant is advised of his right to appeal.
____  ORDER sentencing transcript for Sentencing Commission. ____  Processed statement of reasons.
✗  Bond order exonerated ____  upon surrender ____  upon service of _____
____  Execution of sentence is stayed until 12 noon, _____
   at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation
   made, to the U. S. Marshal
✗  Defendant **remanded.     Remand Order issued in Court. #D9525.** _____
____  Present bond to continue as bond on appeal. ____  Appeal bond set at     $ _____
____  Filed and distributed judgment.  Issd JS-3.  ENTERED.
          **It is recommended** the defendant be allowed to participate in the 500 hour RDAP program.  **It is further**
          **recommended** that the defendant be designated at Lompoc, Terminal Island and/or Southern California
✗  **Other**  facility to facilitate family visitation.

                                                        **1**          **35**

                              Initials of Deputy Clerk          Bea